UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERNANDEZ ROJAS,<br><br>      *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>      *Defendants*. | Civil Action No.: 17-1422 (TSC) |

## JOINT STATUS REPORT

This matter was stayed by consent of the parties pursuant to the Court's Order of September 20, 2017. In light of that order, the Administrative Appeals Office of Defendant United States Citizenship and Immigrant Services ("USCIS") issued a Service Motion to Reopen and Request for Evidence ("RFE") dated October 13, 2017. On January 5, 2018, the Court extended the stay for an additional sixty days to allow plaintiff time to respond to the RFE and USCIS an opportunity to review the response and issue a decision. Plaintiff responded to the RFE on January 5, 2018. The parties submitted a joint status report on February 21, 2018 asking the Court to extend the stay for another 30 days to allow USCIS additional time to review plaintiff's response. A subsequent request to extend the stay through April 30, 2018 was made by the parties in their joint status report filed on March 23, 2018. On April 27, 2018, USCIS issued a decision sustaining plaintiff's administrative appeal and holding that "Petitioner has established that she is eligible for and merits USCIS' consent to her SIJ classification." In light of this decision, USCIS has represented that it intends to process plaintiff's application to adjust status within the next 30 days.

In order to allow USCIS time to process plaintiff's application, which will afford plaintiff the relief sought in this case, the parties respectfully request that the Court extend the stay in the case until May 31, 2018.

April 30, 2018

                                          Respectfully submitted,

/s/ David M. Teslicko
David M. Teslicko (DC Bar No. 1019760)
Sullivan & Cromwell LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
T: (202) 956-6954
F: (202) 956-6991
teslickod@sullcrom.com

*Attorney for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:

/s/ Damon Taaffe
DAMON TAAFFE
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544
dtaaffe@usa.doj.gov

*Attorneys for Defendants*